# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00325-CV

**J. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**NO. 317,553-B, THE HONORABLE DALLAS SIMS, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellant J. B. filed her notice of appeal on July 12, 2021. The appellate record was complete on July 22, 2021, making appellant's brief due on August 11, 2021. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Kacie Biebas to file appellant's brief no later than August 31, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on August 16, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly